**No. 57316.**—Edward P. Paul & Co., Inc., and Quong Yee Wo *v.* United States, protests 93663–K and 90320–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of amber figures and other articles composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 56967, the claim at 20 percent under paragraph 1558 was sustained.

**No. 57317.**—The Lind Company and Rohner Gehrig & Co., Inc. *v.* United States, protest 15896–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 54651, the claim at 20 percent under paragraph 1558 was sustained.

**No. 57318.**—Chinatown Emporium, Inc., et al. *v.* United States, protests 22778–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 54651, the claim at 20 percent under paragraph 1558 was sustained.

**No. 57319.**—A. Newberg & Co., Inc. *v.* United States, protest 165502–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those the subject of Abstract 56975, the claim of the plaintiff was sustained.

**No. 57320.**—The American Import Co. *v.* United States, protest 192736–K (San Francisco).